DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**JANET ADAMS,**
Appellant,

v.

**NATALIA KANE,**
Appellee.

No. 4D22-1804

[July 13, 2023]

Appeal from the County Court for the Seventeenth Judicial Circuit, Broward County; Betsy Benson, Judge; L.T. Case No. COCE21-000353.

David A. Kurlander, Pompano Beach, for appellant.

Ria Sankar Balram of the Ria Balram Law Group, PLLC, Coral Springs, for appellee.

PER CURIAM.

*Affirmed.*

MAY, CIKLIN and CONNER, JJ., concur.

\*     \*     \*

***Not final until disposition of timely filed motion for rehearing.***